IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LISA LYNN WORTHEN                                                                                          PLAINTIFF

v.                                            NO. 4:11CV00421 JLH

DOC HOLLADAY, Sheriff,
PULASKI COUNTY, ARKANSAS                                                                       DEFENDANT

## ORDER

The defendant, Charles "Doc" Holladay, filed a motion for summary judgment on January 24, 2012. No response has been filed. The Court hereby gives notice that if no response is filed *by 5:00 p.m., on February 28, 2012*, the Court will assume that there is no objection to the granting of the motion and will act accordingly.

IT IS SO ORDERED this 21st day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE