**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LISA LYNN WORTHEN                                                                                    PLAINTIFF

v.                                          NO. 4:11CV00421 JLH

DOC HOLLADAY, Sheriff,
PULASKI COUNTY, ARKANSAS                                                                DEFENDANT

**ORDER**

On January 24, 2012, Doc Holladay filed a motion for summary judgment. Lisa Lynn Worthen did not respond. She did, however, send a letter to counsel for Holladay stating that she does not object to her case being dismissed. On February 21, 2012, the Court entered an order directing that if she opposed the motion for summary judgment she should file a response by 5:00 p.m. on February 28, 2012. In that order, the Court stated that if there was no objection filed by that deadline, the Court would assume that Worthen had no objection to the motion for summary judgment and would act accordingly.

No objection has been filed to the motion for summary judgment. It appears that the motion for summary judgment makes a prima facie case of entitlement to summary judgment. In the absence of any response, the Court grants the motion for summary judgment. Document #18.

IT IS SO ORDERED this 29th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE