**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LISA LYNN WORTHEN                                                  PLAINTIFF

v.                          NO. 4:11CV00421 JLH

DOC HOLLADAY, Sheriff,
PULASKI COUNTY, ARKANSAS                            DEFENDANT

## JUDGMENT

Pursuant to the order entered separately today, judgment is entered in favor of Doc Holladay on the claims of Lisa Lynn Worthen. The complaint of Lisa Lynn Worthen is dismissed with prejudice.

IT IS SO ORDERED this 29th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE